DOA: 1-03-25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Miguel SUAREZ-Gutierrez,<br><br>　　　　　　　Defendant. | Case No.:  **2:25-mj-8005**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about January 3, 2025, within the Southern District of California, defendant, Miguel SUAREZ-Gutierrez, did intentionally and forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit: a Department of Homeland Security, United States Customs and Border Protection Officer, C. Leist, while Officer Leist was engaged in and on account of the performance of his official duties, such acts involving physical contact with Officer Leist, to wit: spitting on Officer Leist and kicking him; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

SERGIO RAMIREZ JR
Digitally signed by SERGIO RAMIREZ JR
Date: 2025.01.04 10:41:39 -08'00'

Sergio Ramirez, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th day of January, 2025.

HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

Miguel SUAREZ Gutierrez

## PROBABLE CAUSE STATEMENT

This Complaint and Probable Cause Statement is based on the reports, documents, and notes furnished to Homeland Security Investigations Special Agent Sergio Ramirez.

On January 3, 2025, at approximately 11:00 p.m., Miguel SUAREZ Gutierrez (SUAREZ) a United States Citizen, applied for entry into the United States through the Calexico, California West Port of Entry pedestrian primary lanes. SUAREZ approached United States Customs and Border Protection Officer (CBPO) Leist at his pedestrian lane.

SUAREZ produced his US Passport Card for identification (C227113939). CBPO Leist noticed SUAREZ was less than fully cooperative in answering his questions. CBPO Leist asked SUAREZ what he was doing in Mexico to which SUAREZ replied, "I cross all the time." CBPO Leist asked SUAREZ if he had anything to declare and SUAREZ again answered, "nothing, I cross all the time." CBPO Leist said he queried SUAREZ in Simplified Arrival and discovered SUAREZ had a TECS hit for attempting to smuggle a THC vape pen into the United States on a prior incident. CBPO Leist performed an immediate pat-down of SUAREZ for weapons. CBPO Leist escorted SUAREZ to the Pedestrian Secondary Office.

While in the Pedestrian Secondary Office, CBPO Leist noted that CBPO Weisskopf was already conducting a pat-down search of another subject in a private room with Supervisor Customs and Border Protection Officer (SCBPO) Magallanes witnessing. While

3

waiting for the private room to become available, CBPO Leist noticed SUAREZ had placed his hands in his jacket pocket. CBPO Leist said he told SUAREZ to remove his hands from his jacket pockets and SUAREZ did but quickly placed them in his pants pockets. CBPO Leist said he grabbed SUAREZ's hands and physically removed them from SUAREZ's pockets due to not conducting a proper pat-down for merchandise. CBPO Leist said SUAREZ turned his body toward him and squared up in a confrontational manner and said, "Fuck you". SUAREZ then spit at CBPO Leist which landed on the front of his outer carrier vest. SCBPO Magallanes and CBPO Weisskopf witnessed the incident and assisted CBPO Leist in forcing SUAREZ to the ground to secure him in handcuffs. While on the ground, CBPO Leist said SUAREZ resisted as the officers attempted to detain him in handcuffs.

CBPO Leist stated SUAREZ continued spitting during the physical struggle so the CBPOs placed a surgical mask on SUAREZ. SUAREZ was stood up and placed in the private room to conduct a full pat-down search however he continued to resist. The CBPOs decided to take SUAREZ back down to the ground to be able to check his waistline. While on the ground, SUAREZ resisted and kicked CBPO Leist before CBPO Leist could control his legs. Once SUAREZ was controlled, he said he couldn't breath. Emergency Medical Services (EMS) were called to check on SUAREZ. Calexico Fire Department personnel arrived on scene minutes later however SUAREZ refused to be seen.

Homeland Security Investigations Special Agent Ramirez and Special Agent Cesena were contacted 11:27pm and informed of the incident. SA Ramirez and SA Cesena arrived at the Calexico West Port of Entry at about 12:30am. SA Ramirez took custody of SUAREZ

4

at about 02:30am. SUAREZ was read his Miranda Rights however refused to speak with the special agents. SUAREZ was arrested and charged with a violation of Title 18, United States Code section 111, for Assaulting a Federal Officer. SUAREZ was transported and booked into the GEO Detention Facility in El Centro, California to await initial appearance.

**Executed on January 4, 2025 at 1100 hours.**

_____

SERGIO RAMIREZ JR
Digitally signed by SERGIO RAMIREZ JR
Date: 2025.01.04 10:42:42 -08'00'

Special Agent Sergio Ramirez

Homeland Security Investigations

**On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe the defendant named in this probable cause statement committed the offense on January 3, 2025, in violation of Title 18 United States Code, Section 111.**

_____          \_\_\_\_**12:08 PM, Jan 4, 2025**\_\_\_\_\_
**HON. KAREN S. CRAWFORD**                              Date/Time

6